**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDRE JACOBS,** | : | **CIVIL NO. 1:CV-10-2622** |
|     **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **DISTRICT ATTORNEY'S OFFICE,** | : | |
| **et al.,** | : | |
|     **Defendants** | | |

## ORDER

**AND NOW**, this 7th day of August, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to accept modified version of the complaint (Doc. No. 107) is **denied**. The Clerk of Court is directed to return to SCI-Albion's Financial Department the check previously submitted by Plaintiff along with this motion, and the prison shall ensure that said funds are re-deposited into Plaintiff's inmate account.

2. Plaintiff's motion to transfer case (Doc. No. 110) is **denied**.

3. Defendants' motion to strike (Doc. No. 114) is **granted.** The Clerk of Court is directed to strike the proposed second amended complaint (Doc. No. 113) from the record. Defendants' motion to dismiss (Doc. No. 116) is **dismissed as moot**.

4. Plaintiff's complaint (Doc. No. 1) is **dismissed for failure to prosecute**.

5. The Clerk of Court is directed to **close this case**.

6. Any appeal from this order is deemed frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

        S/ Yvette Kane
        YVETTE KANE, District Judge
        Middle District of Pennsylvania