IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE JACOBS, | : | |
|     Plaintiff | : | |
| | : | No. 1:10-cv-2622 |
| v. | : | |
| | : | (Judge Kane) |
| DISTRICT ATTORNEY'S | : | |
| OFFICE, et al., | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 3rd day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for sanctions (Doc. No. 185) is **DENIED**;

2. Plaintiff's motion for reconsideration and to compel discovery (Doc. No. 184) is **GRANTED** to the extent that discovery is **REOPENED** for a period of four (4) months from the date of this Order to allow the parties time to arrange the depositions Plaintiff seeks to conduct;

3. Defendants' motion for summary judgment (Doc. No. 182) is **DENIED WITHOUT PREJUDICE** to Defendants' right to renew it once the reopened discovery period has closed; and

4. The Court's April 8, 2019 Order (Doc. No. 188) directing Defendants to file their brief in support of their motion for summary judgment is **VACATED**.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania